## Commonwealth *v.* Romero, Appellant.

Submitted June 12, 1967. *Francis Gerard Janson* and *Melvin Dildine*, Assistant Defenders, and *Herman I. Pollock*, Defender, for appellant; *John M. Phelan* and *Alan J. Davis*, Assistant District Attorneys, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment affirmed.